# AFFIDAVIT OF SERVICE

INDEX #: **1:25-CV-06135**  JOB #: **1802865**
ATTORNEY FILE#:  **5100-4395**
ATTORNEY:  **RIVKIN RADLER LLP**
 **926 RXR PLAZA UNIONDALE NY 11556-0926 (516)357-3000**

---

UNITED STATES DISTRICT COURT FOR THE
  EASTERN DISTRICT OF NEW YORK

---

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.
Plaintiff(s)
- against -
ADVANCED MEDICAL SUPPLIES, INC., ET AL
Defendant(s)

---

STATE OF NEW YORK:
COUNTY OF ALBANY:  ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **11/17/2025, 03:56PM** at **99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231**, deponent served a **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon ADVANCED MEDICAL SUPPLIES INC. S/H/A ADVANCED MEDICAL SUPPLIES, INC., a defendant in the above captioned matter.

Deponent served **ANTHONY BURRIS**, a person authorized by the **NEW YORK Secretary of State** to accept service of process, with **2 copies** of the above described papers and the statutory fee of **$40.00** pursuant to section **306B** of the **NY BUSINESS CORPORATION LAW**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Perceived Gender **M**   Approximate age **33**   Approximate height **5'07"**   Approximate weight **150**   Perceived Race **WHITE**
Color of hair **BROWN**   Other **GLASSES**

Sworn to before me on 11/18/2025
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

x _S. Marie_
STEF MARIE

ONPOINT PROCESS SERVING
18 WHITE CLIFF LANE  NESCONSET, NY 11767 (631)813-9827