## AFFIDAVIT OF SERVICE

| Case: 1:25-CV-06135 | Court: | County: | Job: 14250409 |
|---|---|---|---|
| **Plaintiff / Petitioner:** GOVERNMENT EMPLOYEES INSURANCE CO., | | **Defendant / Respondent:** ADVANCED MEDICAL SUPPLIES IN., ET AL | |
| **Received by:** Orange County Process Server | | **For:** ON POINT PROCESS SERVING | |
| **To be served upon:** FATIMA ELKHETTAB | | | |

I, Michael Danley Orange Co. PSC1782, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Shawn ELKHETTAB Husband, Middle Eastern Male 60's white hair with facial hair 5'10 170lbs, 22851 BRIARCLIFF, MISSION VIEJO, CA 92692

**Manner of Service:** Substitute Service - Abode, Nov 26, 2025, 6:10 pm PST

**Documents:** SUMMONS IN A CIVIL ACTION AND COMPLAINT , Civil Case Sheet, RIDER A TO SUMMONS IN GOVERMENT EMPLOYEES INSURANCE COMPANY, ET AL V ADVANCED MEDICAL SUPPLIES, INC., ET AL., CERTIFICATION OF ARBITRATION ELIGIBILITY, EXHIBIT 1

**Additional Comments:**
1) Unsuccessful Attempt: Nov 13, 2025, 9:53 am PST at 22851 BRIARCLIFF, MISSION VIEJO, CA 92692
Unable to get access to the property because of a gate.

2) Unsuccessful Attempt: Nov 17, 2025, 6:10 pm PST at 22851 BRIARCLIFF, MISSION VIEJO, CA 92692
Spoke to Shawn ELKHETTAB husband who said Fatima was home but that I cou;d not see her, after asking a few times. He closed the door and to leave.

3) Successful Attempt: Nov 26, 2025, 6:10 pm PST at 22851 BRIARCLIFF, MISSION VIEJO, CA 92692 received by Shawn ELKHETTAB Husband, Middle Eastern Male 60's white hair with facial hair 5'10 170lbs.

**Fees:** $95.00

Michael Danley Orange Co. PSC1782
Reg Orange Co. 1782

Orange County Process Server
333 City Blvd 17th Flr
Orange, Ca 92868

I declare under penalty of perjury under California state law that I am at least 18 years old and not named in this case and that the information above is true and correct.

Date: 12/02/2025

Michael Danley Orange Co. PSC1782
Type or print server's name

Server signs here after serving